IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-141-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| TERRICK D. LUMPKIN, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Court's own motion. Defendant is charged with various counts including conspiracy, possession of a stolen motor vehicle, and altering or removing a vehicle identification number. See (Document No. 3). Defendant made his initial appearance on July 24, 2024. The Court released Defendant on pretrial release on a number of conditions. See (Document No. 5). The Court has since learned that it had a misimpression about the severity of Defendant's prior criminal record. In fact, Defendant has a significant criminal record that was not addressed during the initial appearance. Defendant was convicted of breaking and entering and larceny in 2002, of multiple counts of robbery with a dangerous weapon in 2003, and of multiple counts of larceny of a motor vehicle also in 2003. He has numerous pending state charges, which may be related to the underlying federal case. (Document No. 11). Furthermore, in 2008, Defendant was charged with murder, a charge which was ultimately dismissed. Id.

**IT IS, THEREFORE, ORDERED** that considering this new information, the Court will set a status hearing with the arraignment scheduled for **Thursday, August 1, 2024 at 11:00 AM**

in Courtroom #1A, 401 W. Trade St., Charlotte, NC 28202.  Defendant and his counsel are directed to attend the hearing, as is the assigned Assistant United States Attorney.

**SO ORDERED**.

Signed: July 29, 2024

David C. Keesler
United States Magistrate Judge